IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEITH F. BELL, PH.D., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| SOUTHWESTERN UNIVERSITY, | § | CIVIL ACTION NO. 1:18-cv-745 |
| KENNETH EBOH, | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Whereas, Plaintiff, Dr. Keith F. Bell, ("Plaintiff") filed this action for copyright and trademark infringement on August 30, 2018 against Defendants Southwestern University and Kenneth Eboh ("Defendants").

Whereas, Defendants, pursuant to FED. R. CIV. P. 68, offered judgment in favor of Plaintiff in the amount of Fifteen Thousand and No/100 ($15,000.00), inclusive of fees and costs in full and final satisfaction of all claims, costs, including attorney's fees, and expenses asserted by Plaintiff in this action on all claims asserted against Defendants.

Whereas Plaintiff accepted Defendants' offer of judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that final judgment be entered in favor of Plaintiff.

Dated: *March 28, 2019.*

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

| | |
|---|---|
| By: /s/ *Joshua G. Jones* <br> Joshua G. Jones <br> Texas Bar No. 24065517 <br> josh@connorkudlaclee.com <br> **CONNOR KUDLAC LEE PLLC** <br> 609 Castle Ridge Road, Suite 450 <br> Austin, Texas 78746 <br> 512.777.1254 (main) <br> 888.587.1134 (fax) | By: /s/ *Philip Robert Brinson* (with permission) <br> Philip Robert Brinson <br> Texas Bar No. 00787139 <br> prbrinson@grsm.com <br> **GORDON & REES SCULLY MANSUKHANI** <br> 816 Congress Avenue, Suite 1510 <br> Austin, Texas 78701 <br> (713) 490-4834 (direct) <br> (512) 391-0183 (facsimile) |